UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO JAVIER TAMAYO, | ) | Case No. CV 15-8158-JPR |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| W.L. MONTGOMERY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2016

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE